FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia

was received by me on *(date)* 3/11/26 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 3/19/26

_____
Server's signature

Jamie John, Assistant Director of Development
*Printed name and title*

1629 K Street NW, Suite 600
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

US Attorney for DC: 9589 0710 5270 1846 5201 55

**Tracking Number:**

## 95890710527018465201 55

 Copy     Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:38 am on March 19, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
March 19, 2026, 4:38 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
March 18, 2026, 10:35 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 18, 2026, 6:08 am

**In Transit to Next Facility**
March 17, 2026

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 14, 2026, 8:54 am

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
March 11, 2026, 11:46 pm

**Departed Post Office**
WASHINGTON, DC 20036
March 11, 2026, 5:08 pm

**USPS in possession of item**
WASHINGTON, DC 20036
March 11, 2026, 2:01 pm

Hide Tracking History

